# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALICE M. KOCHANSKI,**
        **Plaintiff,**

   v.                                                    Case No. 13-C-0803

**UNITED STATES OF AMERICA,**
        **Defendant and Third-Party Plaintiff,**

   v.

**PETER AASEN and CATHERINE AASEN,**
        **Third-Party Defendants.**

## ORDER

The United States of America, the third-party plaintiff in this case, has filed a motion for a default judgment against third-party defendants Peter Aasen and Catherine Aasen. The Aasens have failed to appear in this case, and the clerk of court has entered their default. However, the court will not enter a default judgment against the Aasens at this time, while the claim between the plaintiff and the United States is pending. It is conceivable that such claim will affect the amount the United States is entitled to recover from the Aasens, and therefore the court will wait until all claims in this action have been resolved before entering judgment against any party. The United States may renew its motion for a default judgment after the plaintiff's claim has been resolved.

Accordingly, **IT IS ORDERED** that the United States's motion for a default judgment against the Aasens is **DENIED WITHOUT PREJUDICE** to its being renewed at the end of this case.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2015.

                    s/ Lynn Adelman
                    _____
                    LYNN ADELMAN
                    District Judge